# LEONARD, O'BRIEN
# SPENCER, GALE & SAYRE

Brian F. Leonard
Eldon J. Spencer, Jr.+
Michael R. O'Brien‡
Edward W. Gale†
Grover C. Sayre, III+◇
Thomas W. Newcome III*
Michelle McQuarrie Colton
Joseph J. Deuhs, Jr.
Thomas C. Atmore +
Ernest F. Peake
Matthew R. Burton◇
James M. Jorissen+
Peter J. Sajevic, III▫
Jennifer K. Eggers+§

Andrea M. Hauser✳
Scott S. Payzant∞
Jordan W. Sayre
Patrick J. Lindmark
Andrew J. Budish

George B. Ingebrand, Jr.
  *(Of Counsel)*

Thomas W. Newcome
  *(1923 - 2011)*

▫ Also admitted in Arizona
∞ Also admitted in California
✳ Also admitted in Illinois
◇ Also admitted in Iowa
§ Also admitted in Montana
+ Also admitted in Wisconsin
† Board Certified Civil Trial Specialist
   *(Minnesota State Bar Association and National Board of Trial Advocacy)*
* Certified Real Property Law Specialist
   *(Minnesota State Bar Association)*
‡ Qualified Neutral (Rule 114)

Attorneys at Law
A Professional Association

100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402-1234
Telephone (612) 332-1030
Fax (612) 332-2740

Internet: www.losgs.com

August 9, 2011

The Honorable Robert J. Kressel        **_VIA ELECTRONIC FILING_**
United States Bankruptcy Court
300 South Fourth Street
Minneapolis, MN 55415

Re:   Seaver v. World Omni Financial Corp.
      Adv. No. 11-5016

Dear Judge Kressel:

I am writing to request a continuance of the trial date in the above-reference matter. The reason for the request is that I have a family wedding to attend on September 18, 2011 in New York (and was given very little notice). The trial is currently scheduled for September 19, 2011.

Opposing counsel has consented to the continuance. We have compared our calendars and believe that the date of November 3, 2011 works for all parties. Accordingly, if the Court's calendar can accommodate this request, I am requesting a continuance of the trial date.

Thank you for your consideration.

Very truly yours,

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

By  /e/ Matthew R. Burton

Matthew R. Burton
Email: mburton@losgs.com

MRB/slw
cc:   Randall L. Seaver, Trustee
      Virginia A. Bell, Esq.
442473