UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re | Chapter 7 |
| Dennis E. Hecker, | |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee, | |
| Plaintiff, | Adv. No.: 11-05016 |
| vs. | |
| World Omni Financial Corp., | |
| Defendant. | |

## **STIPULATION**

WHEREAS, the parties to this Stipulation, Randall L. Seaver, trustee and World Omni Financial Corp. wish to maintain the confidentiality of certain documents and information that may be disclosed in any manner in the course of discovery in this adversary proceeding, and wish to ensure that such information shall not be used for any purpose other than in this adversary proceeding, the parties, through their counsel, hereby stipulate and agree that the bankruptcy court may enter the following protective order in the above-captioned adversary proceeding:

Dated: 8/15/11

LEONARD, O'BRIEN, SPENCER, GALE
& SAYRE, LTD.

By: _____
Matthew R. Burton (#210018)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 332-1030

**ATTORNEYS FOR PLAINTIFF
RANDALL L. SEAVER, TRUSTEE**

MASLON EDELMAN BORMAN & BRAND, LLP

Dated: 8/16/11

By: _____
Virginia A. Bell (#149147)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Phone: 612.672.8332
Fax: 612.642.8332

**ATTORNEYS FOR DEFENDANT
WORLD OMNI FINANCIAL CORP.**

2